UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETTA KARP on behalf of herself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTHCARE, INC.,<br><br>Defendant. | Civil Action No.  4:11-cv-10361-FDS |

**CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S
MOTION TO DISMISS AND COMPEL ARBITRATION**

Pursuant to 9 U.S.C. §§ 3, 4 and Rule 12(b)(1) and upon the pleadings, memoranda, request for judicial notice, declarations, and documents submitted herewith, Defendant Connecticut General Life Insurance Company[1] ("CGLIC"), by its undersigned counsel, respectfully requests that the Court compel Plaintiff Bretta Karp to arbitrate all claims against CGLIC in bilateral arbitration, and to stay or dismiss proceedings in this case.  CGLIC sets forth the grounds for this Motion in its accompanying Memorandum of Law and Declarations.

Pursuant to Local Rule 7.1, counsel for CGLIC certify that they have attempted to confer with counsel of record for Plaintiff, Kevin Kinne, in good faith to resolve or narrow the issues presented.  Specifically, counsel for Defendant spoke with Mr. Kinne today, May 16, 2011, by telephone after having placed several messages with him to discuss the pending motion.  During the phone conference, Mr. Kinne indicated that he was not in position to agree with granting the relief requested in the present motion, as he needed to secure agreement from his co-counsel in the case before doing so.  During the phone conversation, it was agreed that Defendant would file its motion and serve it upon Plaintiff and her counsel and the parties would continue discussions to determine whether it might be possible to avoid a hearing in the matter.

---

[1]  Plaintiff's employer, CGLIC, is incorrectly identified as "Cigna Healthcare, Inc." in the Complaint.

## REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument on its Motion to Dismiss and Compel Arbitration.

        Respectfully submitted,

        CONNECTICUT GENERAL LIFE
        INSURANCE COMPANY,

        By its attorneys,

        /s/ David C. Casey
        David C. Casey (BBO No. 077260)
        Stephen T. Melnick (BBO No. 667323)
        **LITTLER MENDELSON, P.C.**
        One International Place, Suite 2700
        Boston, MA  02110
        Tel:  617.378.6000
        Fax: 617.737.0052
        dcasey@littler.com

Dated: May 16, 2011        smelnick@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2011 the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

        /s/ David C. Casey
        David C. Casey